Submitted on record and briefs September 1, reversed October 18, 2006

In the Matter of Roy Smith,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## ROY SMITH,
*Appellant.*

0412-73431; A127384

145 P3d 367

Laurie Bender filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Elizabeth A. Gordon, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

In this mental commitment case, appellant argues that the evidence is insufficient to establish that he suffers from a mental disorder and that he is dangerous to himself or is unable to provide for his own basic needs. ORS 426.005(1)(d). The state concedes that the evidence is insufficient. After reviewing the record, we conclude that appellant is correct and that the concession is well taken.

Reversed.